IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDDIE J. PILLOW,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>*Defendant.* | No. 1:08-00040<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

Pending before the Court are Plaintiff Eddie Pillow's Motion For Judgment on the Pleadings ("Plaintiff's Motion") (Doc. No. 15) and Defendant Commissioner of Social Security's ("Commissioner") Motion for Judgment on the Administrative Record ("Defendant's Motion") (Doc. No. 21). Magistrate Judge Brown issued a Report and Recommendation ("Report") on March 19, 2009, recommending that Plaintiff's Motion be denied and the decision of the Commissioner be affirmed. (Doc. No. 23). Plaintiff has not filed any objections to the Report.

Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **DENIED**, the Defendant's Motion is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

In addition, Plaintiff requested the Court to reopen his previously filed prior applications with the Administrative Law Judge (Tr. 57-59). The Commissioner does not oppose the request.

-1-

Therefore, the Court **REOPENS** Plaintiff's earlier filed applications.

It is so ORDERED.

Entered this the 13th day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT